IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

CAROL McGREW, PHYLLIS ANN GOOD, THOMAS
DAY, TERRI LYN DAY, COLLEEN JAEGER,
WILLIAM JAEGER, REBECCA KASPERS, JACKIE
PARKS, STEVEN PARKS, STEPHEN PEPKE, TARA
PEPKE, DONNA ZARETZSKA, ANGELA
MONEYMAKER, and DONALD MONEYMAKE,

|

| Court No.: 3:14-cv-00430-DRH-PMF

|

|

Plaintiffs,      |

VS.      |

|

HOWMEDICA OSTEONICS CORP.,      |

Defendant.      |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Kelly Kirchhoff, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117-001465 appointed by the court to serve process in the above referenced case.  Following are the results of my efforts to serve process in the above captioned case:

Type of Process:  Summons in a Civil Action and Complaint with Jury Demand Endorsed Hereon

Defendant to be served:  Howmedica Osteonics Corporation

ADDRESS WHERE ATTEMPTED OR SERVED:  c/o CT Corporation System, 208 South Lasalle Street, Suite 814
Chicago, IL, 60604

I **SERVED** the within named defendant on:  4/17/2014 11:46 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Jason Paul, (Title): Corporate Operations Specialist, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 25 **Gender:** Male **Race:** African American **Height:** Unknown **Weight:** Unknown **Hair:** Black **Eyes:** Brown

Additional Comments:
No height or weight as Mr. Paul was seated.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of _IL_
County of _COOK_

Subscribed and sworn before me on 4/21/14

_Signature of Process Server_

Notary Public

Page 1 of 1

File Number: 1ZK041614
Reference Number: 3177326
Case Number: 3:14-cv-00430-DRH-PMF
Doc Generated: 04/17/2014 03:38:29:613 PM

OFFICIAL SEAL
DIANA ZAVALA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/17/15

569848_3177326_0_23_V3

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

|  |  |  |
|---|---|---|
| Carol Mcgrew, et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:14-cv-00430-DRH-PMF |
| v. | ) | |
| Howmedica Osteonics Corp. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Howmedica Osteonics Corporation
c/o CT Corporation System
208 South Lasalle Street, Suite 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James G. O'Brien
Zoll, Kranz & Borgess, LLC
6620 West Central Avenue, Suite 100
Toledo, Ohio 43617

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NANCY J. ROSENSTENGEL

*CLERK OF COURT*

Date:  4/16/2014

*Signature of Clerk or Deputy Clerk*