IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL McGREW, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>HOWMEDICA OSTEONICS CORP.,<br><br>　　　　　　Defendant. | Civil Action No. 3:14-CV-430-SMY-PMF |

## JOINT MOTION FOR PROTECTIVE ORDER

Now come the Plaintiffs, Carol McGrew, et al., and the Defendant, Howmedica Osteonics Corp., by and through their undersigned attorneys, and for their Joint Motion for Protective Order pursuant to Federal Rules of Civil Procedure 26(c), state as follows:

　　　　1.　　Defendant will be exchanging documents in discovery that contain sensitive personal information, trade secrets and other confidential and proprietary information, including, but not limited to, research, design, engineering, manufacturing, and trade secret information relating to Defendant's products. The free dissemination of such materials would be detrimental to Defendant's interests and the parties submit that good cause exists for the entry of a protective order governing the dissemination of these materials.

　　　　2.　　Thus, the parties have agreed to the entry of a proposed Stipulated Protective Order Restricting Disclosure of Confidential Information, which provides that the parties may designate as confidential certain discovery materials when such person in good faith believes they contain sensitive personal information, trade secrets or other confidential research, development, or commercial information.

1

3. The parties' proposed Stipulated Protective Order Restricting Disclosure of Confidential Information has been emailed to the Court for its consideration.

WHEREFORE, the parties respectfully request that this Court enter their proposed Stipulated Protective Order Restricting Disclosure of Confidential Information, a copy of which has been emailed to the Court.

//s// W. Jason Rankin
W. Jason Rankin
**HEPLERBROOM LLC**
130 North Main Street
Edwardsville, Illinois 62025-0510
Tel: (618) 656-0184
Fax: (618) 656-1364
wjr@Heplerbroom.com

Kim M. Catullo, Esq. (admitted *pro hac vice*)
Paul E. Asfendis, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 613-2000
Facsimile: (212) 554-9650
E-mail: kcatullo@gibbonslaw.com
        pasfendis@gibbonslaw.com

*Counsel for Defendant*
*Howmedica Osteonics Corp.*

*/s/ James G. O'Brien (by permission)*
ZOLL, KRANZ & BORGESS, LLC
David W. Zoll (0008548)
James G. O'Brien (0088460)
6620 W. Central Ave., Suite 200
Toledo, OH 43617
Tel.    (419) 841-9623
Fax    (419) 841-9719
Email: david@toledolaw.com
Email: jim@toledolaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY, that on this 18th day of November, 2014, a copy of the foregoing was served on the following counsel of record through the operation of the Court's ECF system:

>JAMES G. O'BRIEN/DAVID W. ZOLL
>ZOLL, KRANZ & BORGESS, LLC
>6620 W. Central Ave., Suite 200
>Toledo, OH 43617
>*Attorneys for Plaintiff*
>
>//s// W. Jason Rankin_____
>W. Jason Rankin