IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL MCGREW, et al., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:14-cv-430-SMY-PMF |
| HOWMEDICA OSTEONICS CORP., | ) |
| Defendant. | ) |

### PRETRIAL PROTECTIVE ORDER

**FRAZIER, Magistrate Judge:**

The joint motion for a protective order (Doc. No. 28) is GRANTED as follows. The parties anticipate that documents containing confidential research, design, engineering, manufacturing and trade secrets will be exchanged during the course of discovery. They agreed to restrict the disclosure and use of those materials and also establish a procedure for protecting and handling confidential material, including methods for identifying, exchanging, and returning and/or destroying such items.

The joint motion (Doc. No. 28) is GRANTED as follows.

IT IS ORDERED that, during the pretrial phase of this case, confidential research, design, engineering, manufacturing and trade secrets shall be handled in accordance with the agreement of the parties. During the pretrial phase of this case, the parties may designate confidential research, design, engineering, manufacturing and trade secrets as confidential. Public disclosure of such items might be harmful to the parties or nonparties. "Secrecy is fine at the discovery stage, before the material enters the judicial record." *Baxter International, Inc. v. Abbott Laboratories*, 297 F.3d 544, 545 (7th Cir. 2002). However, documents that "influence or underpin the judicial decision are open to public inspection unless they meet the definition of trade secrets or other categories of bona fide long-term confidentiality." *Id*. The primary purpose of this Protective Order is to facilitate the flow of information during the pretrial phase of this litigation.

IT IS FURTHER ORDERED that the parties shall use the material only for the purpose of preparing this litigation. The material may be shared with others who are assisting counsel in this

action, provided that each person assisting counsel has read this Pretrial Protective Order and agrees in writing to abide by the terms and keep the material in a secure location in order to maintain confidentiality. Those assisting counsel shall return the material to counsel, shall not retain a copy, and shall not use the material for any purpose other than to assist with the preparation of this litigation.

IT IS FURTHER ORDERED that the parties may use any portion of material to support or oppose dispositive motions, with ample advance notice to the opposing side. Any party may seek leave to file or maintain confidential information under seal. *See* Electronic Filing Rule 6. However, the parties are NOTIFIED that any such request MUST be accompanied by a showing of good cause to exclude each item from the public record. *See Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 944-945 (7th Cir.1999). Any item filed under seal without the necessary showing of good cause will be stricken or unsealed.

**IT IS SO ORDERED.**

**DATED: November 21, 2014.**

                                                        s/Philip M. Frazier  
                                                     **PHILIP M. FRAZIER**  
                                                     **UNITED STATES MAGISTRATE JUDGE**