# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CAROL MCGREW, et. al.,** | ) | **MINUTES OF COURT** |
| | ) | **AND/OR MINUTE ORDER** |
| Plaintiffs, | ) | |
| | ) | Case No.  14-430-SMY-PMF |
| vs. | ) | |
| | ) | |
| **HOWMEDICA OSTEONICS CORP.,** | ) | |
| | ) | **Date:** April 21, 2015 |
| Defendant. | ) | **Location:** Benton |

**PRESENT:  HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE**

DEPUTY CLERK:  Karen R. Metheney          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFFS:   James G. O'Brien

COUNSEL FOR DEFENDANT:   Paul E. Asfendis, W. Jason Rankin

PROCEEDINGS:  Discovery Dispute Conference (telephonic)

     Argument heard.  Plaintiff's oral motion to compel supplemental responses to document requests are granted in part and denied in part.  As to Requests Nos. 6 and 7, Howmedica is tentatively directed to produce unredacted copies of substantive papers filed in the three *Errico* cases.  The Court will initially consider protective orders and orders sealing or redacting public records in those cases, to be submitted by Howmedica to Judge Frazier (via his proposed documents email box: PMFpd@ilsd.uscourts.gov)  for consideration.  As to Request Nos. 2-5, responses are sufficient as to the IDE file.  Plaintiff may serve a modified request targeting specific materials likely to be located in the premarket approval file in order to avoid undue burden and duplication.  The parties anticipate a new motion to continue the trial date, which will be referred to Judge Yandle for her consideration.  Current deadlines for discovery, etc. may be adjusted if Judge Yandle agrees to assign a new trial date.