No.: 3:14-cv-00430-DRH-PMF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| CAROL McGREW, ) | |
| PHYLLIS ANN GOOD, ) | |
| THOMAS DAY, ) | |
| TERRI LYN DAY, ) | |
| COLLEEN JAEGER, ) | |
| WILLIAM JAEGER, ) | |
| REBECCA KASPERS, ) | |
| JACKIE PARKS, ) | |
| STEVEN PARKS, ) | |
| STEPHEN PEPKE, ) | |
| TARA PEPKE, ) | Case No.: 3:14-cv-00430-DRH-PMF |
| DONNA ZARETZSKA, ) | |
| ANGELA MONEYMAKER, and ) | |
| DONALD MONEYMAKER, ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | |
| v.  ) | |
|   ) | |
| HOWMEDICA OSTEONICS CORP., ) | |
|   ) | |
|   Defendant. ) | |

## ENTRY OF APPEARANCE

NOW COMES the law firm of HEYL, ROYSTER, VOELKER & ALLEN, by Attorney Richard K. Hunsaker, and hereby enters his appearance on behalf of HAMMILL MANUFACTURING CO.

                                              HAMMILL MANUFACTURING CO.

                                        By:   /s/ Richard K. Hunsaker
                                        HEYL ROYSTER VOELKER & ALLEN
                                          Richard K. Hunsaker, #6192867

HEYL ROYSTER VOELKER & ALLEN
Suite 100, Mark Twain Plaza III
105 West Vandalia Street
P.O. Box 467
Edwardsville, Illinois 62025-0467
Telephone 618.656.4646
Facsimile 618.656.7940
edwecf@heylroyster.com

No.: 3:14-cv-00430-DRH-PMF

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this **11th** day of **November, 2015**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/ Richard K. Hunsaker
Richard K. Hunsaker